UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICOLE SMITH,

                Plaintiff,

-against-

JOHN E. POTTER, Postmaster General,
United States Postal Service,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV-1787 (JG)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★    SEP 23 2008    ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 19, 2008, granting defendant's motion for judgment on the pleadings; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
       September 23, 2008

Robert C. Heinemann
Clerk of Court

By:   s/Terry Vaughn
      Terry Vaughn
      Chief Deputy of
      Court Operations